Arturo M. Cisneros, #120494 (arturo@mclaw.org)
Brian Thomley, #275132 (bthomley@mclaw.org)
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (Telephone)
(949) 252-1032 (Facsimile)

Attorneys for Todd A. Frealy,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOAQUIN ANDRES "ANDY" ACOSTA,<br><br>Debtor. | Bankruptcy Case No. 6:14-bk-12539-MJ<br><br>[Chapter 7]<br>**TRUSTEE'S NOTICE OF INTENT TO EMPLOY CALEGARI LAW CORPORATION AS SPECIAL COUNSEL**<br><br>[No Hearing Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE CREDITORS AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Todd A. Frealy ("Applicant"), the duly appointed and qualified Chapter 7 Trustee for the bankruptcy estate of Joaquin Andres "Andy" Acosta ("Debtor"), intends to file an application to employ Calegari Law Corporation ("Calegari") as special counsel, pursuant to , pursuant to 11 U.S.C. § 327 ("Application"). Pursuant to Local Bankruptcy Rule 2014-1(b)(3), Applicant hereby provides the following information regarding the Application to Employ:

///

///

1

## I. THE IDENTIFICATION OF THE PROFESSIONAL, AND PURPOSE AND SCOPE OF EMPLOYMENT.

Applicant is proposing to employ Calegari Law Corporation, with offices located at 11440 W. Bernardo Court Suite 200, San Diego, California, 92127, telephone 858-304-1988, facsimile 858-304-1998 as Special Counsel to the Estate.

Prior to the filing of the bankruptcy petition, the Debtor retained Calegari to represent him in two (2) claims for reimbursement from the State Bar Client Security Fund ("CSF"). The case is known as CSF Case No. 12-F-17106, and the respondent is Vincent Reiss.

The claims arise from monies that the Debtor paid to Reiss in trust for legal settlements, which Debtor alleges Reiss took the money for his own personal use. The clams are in the amounts of $17,500 and $140,000. The maximum amount per claim to the CSF is $100,000, and thus, the total amount eligible through the CSF is $117,500.

Calegari has been heavily involved in the CSF matters over the course of the past two years, and is best suited for bringing the matter to conclusion to secured proceeds for the Estate.

## II. ARRANGEMENT FOR COMPENSATION.

Trustee proposes to retain Calegari on the same terms and conditions as set forth in the prior contingency agreement with Debtor, with the fees to be paid to Calegari at 33 1/3% of the gross recovery, and same is with the understanding that its compensation may be modified under 11 U.S.C. § 328, if so warranted.

## III. PROCEDURE FOR OBTAINING A COPY OF THE APPLICATION TO EMPLOY.

A copy of the Application and exhibits thereto may be obtained from the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California, 92501, or upon request by contacting Brian Thomley of Malcolm & Cisneros, at the address and phone number provided in the upper left-hand corner of page 1 of this document.

///

///

IV. **PROCEDURE FOR OBJECTING AND/OR RESPONDING TO THE APPLICATION TO EMPLOY.**

Any party that wishes to respond or object to the Application must do so pursuant to Local Bankruptcy Rules 9013-1(c) and 9013-1(a)(7). Any response or request for hearing shall be filed with the Clerk of the Court, and served upon: (1) the Trustee, in care of his counsel, Malcolm & Cisneros, at the address provided in the upper left-hand corner of this notice; (2) Special Counsel, Calegari Law Corporation, 11440 W. Bernardo Court Suite 200, San Diego, California, 92127; and (3) the Office of the United States Trustee, 3801 University Ave., Suite 720, Riverside, CA 92501, within fourteen (14) days from the date of service of this Notice, plus an additional three (3) days, unless the Notice was either served personally, or by posting.

PLEASE TAKE FURTHER NOTICE that the failure to timely file and serve an opposition may be deemed by the Court as consent to the granting of the Application.

Dated: 8/20/14

MALCOLM & CISNEROS
A Law Corporation

By: Arturo M. Cisneros,
Counsel for Trustee, Todd A. Frealy

I:\TRUSTEE REPRESENTATION\FREALY\ACOSTA\NtcEmpSpecialCounsel.doc

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **TRUSTEE'S NOTICE OF INTENT TO EMPLOY CALEGARI LAW CORPORATION AS SPECIAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 20, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor's Attorney:** Ronald W Ask    elc@elderlawcenter.net
**Interested Party:** Toan B Chung    tbchung@rpmlaw.com, toan.b.chung@gmail.com, jphan@rpmlaw.com
**Trustee's Attorney:** Arturo M. Cisneros    Arturo@mclaw.org
**Chapter 7 Trustee:** Todd A Frealy (TR)    taftrustee@lnbyb.com, tfrealy@ecf.epiqsystems.com
**Interested Party:** Robert Grawl    bgrawl@financialfederal.com
**Interested Party:** J Alexandra Rhim    arhim@dykema.com, cperez@dykem.com
**OUST:** United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Barry S Glaser    bglaser@swesq.com
**Interested Party:** Jeffrey Huron    jhuron@dykema.com, ebailon@dykema.com;ssarff@dykema.com
**Interested Party:** Christopher Minier    becky@ringstadlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **August 20, 2014** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**: Joaquin Andres "Andy" Acosta, PO Box 2889, Big Bear Lake, CA 92315
**Special Counsel:** Calegari Law Corporation, 11440 W. Bernardo Court, Suite 200, San Diego, CA 92127
**20 Largest Unsecured Creditors:** See attached list.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 20, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge (via Personal Delivery):** The Honorable Meredith A. Jury, United States Bankruptcy Court, 3420 Twelfth Street, Suite 325, Courtroom 301, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2014 | Mayra Johnson | _/s/ Mayra Johnson_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

## 20 Largest Unsecured Creditors

A.R. Acosta LTD
18124 Wedge Parkway, Ste. 431
Reno, NV 89511

Bear City Glass Co., Inc.
PO Box 246
Big Bear Lake, CA 92315

Board of Equalization
PO Box 942879
Sacramento, CA 94279-3535

Bob Chaney
PO Box 6739
Big Bear Lake, CA 92315

Bonadiman
234 N. Arrowhead Avenue
Big Bear Lake, CA 92315

Butcher's Block & Bldg Material
PO Box 1569
Big Bear Lake, CA 92315

Chase
PO Box 94014
Palatine, IL 60094-4014

Dunlap Group
PO Box 101
Auburn, CA 95604

Gina Chadbourne
28340 Berylwood Place
Valencia, CA 91354

Heavy Equipment Rentals
13013 Temescal Canyon Road
Corona, CA 92883

Johnson Machinery
PO Box 748168
Los Angeles, CA 90074-8168

Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

MNBA America
PO Box 15137
Wilmington, DE 19886-5137

People's United Equipment
PO Box 461
Brattleboro, VT 05302-0461

People's United Equipment Finance
17320 Red Hill Ave., Suite 250
Irvine, CA 92614

San Bernardino County
Tax Collector
172 W. Third Street
San Bernardino, CA 92404

State Farm
9368 Valley Blvd., Ste. 101
Rosemead, CA 91770

Yellow Book USA
2560 Renaissance Blvd.
King of Prussia, PA 19406-2673

Ziprick and Cramer LLP
707 Brookside Avenue
Redlands, CA 92373-5101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE