Arturo M. Cisneros, #120494 (arturo@mclaw.org)
Brian Thomley, #275132 (bthomley@mclaw.org)
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
(949) 252-9400 (Telephone)
(949) 252-1032 (Facsimile)

Attorneys for Todd A. Frealy,
Chapter 7 Trustee

FILED & ENTERED

SEP 30 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>JOAQUIN ANDRES "ANDY" ACOSTA,<br><br>         Debtor. | Case No. 6:14-12539 MJ<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL**<br><br>[No Hearing Required] |

The Trustee's Notice of Intent to Employ Calegari Law Corporation As Special Counsel ("Notice") and Trustee's Application to Employ Calegari Law Corporation as Special Counsel; Declarations of Todd A. Frealy and Kenneth T. Calegari in Support Thereof ("Application") were duly presented to this Court.  It appearing that the allegations therein contained are true; that notice was appropriate under the circumstances; no objections or responses having been filed; that the Application should be granted; and good cause appearing therefore, Order as follows:

**IT IS HEREBY ORDERED:**

(1) The Trustee's Application is approved; and

///

1

(2) the employment of Calegari Law Corporation as Special Counsel is approved upon the terms and conditions set forth in the Application.

###

Date: September 30, 2014

Meredith A. Jury
United States Bankruptcy Judge

2