FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Joaquin Andres Andy Acosta
**SSN:** xxx–xx–2432
**EIN:** N/A
aka Joaquin Andy Acosta, aka Andy Acosta, aw A.J. Acosta Co., Inc.

P O Box 2889
Big Bear, CA 92315

**BANKRUPTCY NO.** 6:14–bk–12539–SY
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: June 11, 2019

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN–102 clsnodsc) rev. 12/2015

**666 / SRG**