United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 14-12539-SY
Joaquin Andres Andy Acosta                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: smasonC          Page 1 of 4          Date Rcvd: Jun 11, 2019
                              Form ID: van102        Total Noticed: 105

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
```
db              +Joaquin Andres Andy Acosta,    P O Box 2889,    Big Bear, CA 92315-2889
aty             +- Malcolm Cisneros,    2112 Business Center Dr 2nd Fl,    Irvine, CA 92612-7137
aty             +Kenneth T Calegari,    Calegari Law Corporation,    16870 W Bernardo Dr Ste 260,
                  San Diego, CA 92127-1671
35739537        +A R Acosta LTD,    18124 Wedge Parkway Ste 431,    Reno NV 89511-8134
35739538        +Aceco Equipment,    1401 North O Street,    Lompoc CA 93436-3389
35739539        +Addiction Medicine Consultants Inc,    P O Box 8878,    Redlands CA 92375-2078
34939541        +Alisa Acosta,    2197 Solitude Drive,    Reno, NV 89511-9172
35739541        +All Protection Alarm,    P O Box 6845,    Big Bear Lake CA 92315-6845
34939542         Appellate Division of,    San Bernardino Co. Superior Ct,    401 N. Arrowhead Avenue,
                  San Bernardino, CA  92415-0063
35739544        +Ashley Green,    127 S Andreasen Avenue,    Escondido CA 92029-1320
35201972        +BROWN WHITE AND NEWHOUSE LLP,    300 EAST STATE STE #300,    REDLANDS CA 92373-5235
35739546        +Bear City Glass Co Inc,    P O Box 246,    Big Bear Lake CA 92315-0246
35739547         Bear Valley Electric,    P O Box 9016,    San Dimas CA 91773-9016
35739549        +Big Bear Disposal,    P O Box 2837,    Big Bear Lake CA 92315-2837
34939543        +Big Bear Dredging, Inc.,    % Allison J. Dixie,    P.O. Box 1905,    Big Bear Lake, CA 92315-1905
36673990        +Blue-Green Management, LLC,    c/o Frank C. Gilmore, Esq.,    71 Washington Street,
                  Reno, Nevada 89503-5604
35739552        +Bob Chaney,    P O Box 6739,    Big Bear Lake CA 92315-6739
34939544         Bob Chaney,    P.O. Box 8739,    Big Bear Lake, CA  92315
34939545        +Bob Schwartz,    10330 Tennessee,    Los Angeles, CA 90064-2508
35739554         Bonadiman,    234 N Arrowhead Avenue,    Big Bear Lake CA 92315
35739555        +Boureau Williams LLP,    666 State Street,    San Diego CA 92101-6717
34939546        +Boureau Williams, LLP,    #CIVSS803651,    666 State Street,    San Diego, CA 92101-6717
38473443        +Brown White & Osborn LLP,    333 S Hope St 40th Fl,    Los Angeles CA 90071-3002
35739556        +Butcher's Block & Bldg Material,    P O Box 1569,    Big Bear Lake CA 92315-1569
35739562         CMRE Financial Services Inc,    3075 E Imperial Hwy #200,    Brea CA 92821-6753
34939547        +Calegari Law Corporation,    Kenneth T. Calegari, Esq.,    11440 W. Bernardo Ct Ste 200,
                  San Diego, CA 92127-1643
35739557        +Calegari Law Corporation,    16870 W Bernardo Drive #400,    San Diego CA 92127-1678
34939548        +Charles Rounds,    % Allison J. Dixie,    P.O. Box 1905,    Big Bear Lake, CA 92315-1905
35739560         Chase,    P O Box 94014,    Palatine IL 60094-4014
35739561         Citi Bank / Sears,    P O Box 6937,    The Lakes NV 88901-6937
34939550         County of San Bernardino,    Office of Tax Collector,    172 West Third St,
                  San Bernardino, CA  92415-0140
35739565         County of San Bernardino,    County Counsel San Bernardino,    345 N Arrowhead Ave 4th Fl,
                  San Bernardino CA 92415-0140
34939549         County of San Bernardino,    County Counsel San Bernardino,    385 N. Arrowhead Ave, 4th Fl,
                  San Bernardino, CA  92415-0140
35739566         County of San Bernardino,    157 West Fifth Street 3rd Fl,    San Bernardino CA 92415-0465
35739570        +DBA Financial Inc,    P O Box 1506,    O Fallon IL 62269-1506
35739573        ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct T V,     P O Box 54000,    Los Angeles CA 90054-1000)
35739574        +DMV,    PO Box 942894,    Sacramento CA 94294-0001
35739576         DWP,    P O Box 1929,    Big Bear Lake CA 92315-1929
35739568        +David H Heisler,    215 North D Street Ste 300,    San Bernardino CA 92401-1731
34939551        +David H. Heisler,    215 North D Street, Ste. 300,    Case# CIVSS803651,
                  San Bernardino, CA 92401-1731
34939552        +David Long,    35871 Carter,    Yucaipa, CA 92399-9678
34939553        +Dennis Ray Washburn,    Gresham Savage Nolan & Tilden,    3750 University Avenue #250,
                  Riverside, CA 92501-3335
34939554        +Dennis Washburn,    % Law Ofc Patrick F. O'Connor,    5464 Grossmont Center, 3rd Fl,
                  La Mesa, CA 91942-3035
35739575        #+Dunlap Group,    P O Box 101,    Auburn CA 95604-0101
34939556         Flavio Camacho,    3978 Central Avenue,    Highland, CA  92346
35739579        +Fleet Maintenance Service,    & Supply Co,    P O Box 1269,    Bloomington CA 92316-0270
35739580        +Gina Chadbourne,    28340 Berylwood Place,    Valencia CA 91354-1515
35739581        +Golden State Disposal,    P O Box 1797,    San Juan Capistr CA 92693-1797
35739584        +Holloway's Marina Inc,    P O Box 2877,    Big Bear Lake CA 92315-2877
35739585        +Inland Pacific Resource Recovery,    P O Box 877,    Lakeside CA 92040-0900
35739587        +Johnson Cat Rental,    P O Box 351,    Riverside CA 92502-0351
35739588         Johnson Machinery,    P O Box 748168,    Los Angeles CA 90074-8168
35739589         KBHR 93 3FM,    P O Box 2979,    Los Angeles CA 90074-8168
35739590        +Kelley Drye & Warren,    101 Park Avenue,    New York NY 10178-0062
35739594         MBNA America,    P O Box 15137,    Wilmington DE 19886-5137
34939558        +Marilyn Rounds,    % Allison J. Dixie,    P.O. Box 1905,    Big Bear Lake, CA 92315-1905
34939559         Matthew J. Marnell, Esq.,    Deputy County Counsel,    385 N. Arrowhead Ave, 4th Fl.,
                  San Bernardino, CA  92415-0140
35739595         Merit Oil Company,    P O Box 341,    Bloomington CA 92316-0341
35739596        +Mountain Water Company,    P O Box 1583,    Big Bear Lake CA 92315-1583
35739597        +Pacific Demolition Inc,    350-B Mapes Road,    Perris CA 92570-9316
35739598         Pauley Equipment Company,    1110 West Washington Avenue,    Escondido CA 92025-1674
34939560        +People's United Bank,    17320 Red Hill Avenue, #250,    Irvine, CA 92614-5669
```

```
District/off: 0973-6          User: smasonC              Page 2 of 4                   Date Rcvd: Jun 11, 2019
                              Form ID: van102            Total Noticed: 105

35739600        People's United Equipment,   P O Box 461,    Brattleboro VT 05302-0461
34939561       +People's United Equipment Finance,    17320 Red Hill Avenue, Ste 250,    Irvine, CA 92614-5669
35130349       +People's United Equipment Finance Corp.,    c/o Robert Grawl, Jr.,
                 1300 Post Oak Blvd., Suite 1300,   Houston, TX 77056-3018
34939562        Peter Brierty,   County Counsel San Bernardino,    385 N. Arrowhead Ave, 4th Fl.,
                 San Bernardino, CA  92415-0140
35739603       +Quest Diagnostics,   P O Box 7400,    Pasadena CA 91109-7400
35739604        Remittance Processing Center,   Central Collections,    172 West 3rd Street 1st Floor,
                 San Bernardino CA 92415-0360
35739605       #+Renaissance Radiology Medical Grp,    8599 Haven Avenue #300,    Rancho Cucamonga CA 91730-4849
35739606       +Richard Baumgartner,   P O Box 1567,    Big Bear Lake CA 92315-1567
35739607       +Robert Schwartz,   10330 Tennessee,    Los Angeles CA 90064-2508
34939563       +Ron Clark,   P.O. Box 551,   Big Bear Lake, CA 92315-0551
35739610       #+S A Recycling,   29250 Rio Del Sol,    Thousand Palms CA 92276-2603
34939555      ++S B ASSET PARTNERS LP,    1225 EAST 16TH STREET SUITE 2,    UPLAND CA 91784-2402
                (address filed with court:   Eric Beatty,     % SB Asset Partners, LP,    1225 E. 16th St., Suite 2,
                 Upland, CA  91784)
34939564        S. Mark Strain, Esq.,   Deputy County Counsel,    385 N. Arrowhead Ave, 4th Fl,
                 San Bernardino, CA  92415-0140
34939565        San Bernardino County,   Tax Collector,    172 W. Third Street,    San Bernardino, CA  92404
35739612       +San Bernardino County,   Central Collections,    172 W Third Street 1st Floor,
                 San Bernardino CA 92415-0320
35739615       +San Bernardino Superior Court,    14455 Civic Drive #100,    Victorville CA 92392-2312
35739613       +San Bernardino Superior Court,    Case# UDVS1302531,    14455 Civic Drive #100,
                 Victorville CA 92392-2312
34939566       +San Bernardino Superior Court,    Case# CIVSS803651,    303 W. Third Street,
                 San Bernardino, CA 92415-0058
35739616        San Bernardino Urological Associati,    489 E 21st Street,    San Bernardino CA 92404-4816
35739617        Smith Marion & Co LLP,   P O Box 943,    Lake Arrowhead CA 92352-0943
35739618       +So CA Orthopedic INST,   6815 Noble Avenue,    Van Nuys CA 91405-3796
35739620        Southwest Gas Corporation,   P O Box 98890,    Las Vegas NV 89193-8890
35739621        St Bernadine Medical Center,   File# 54772,    Wheeler WI 54772
35739622        Stan Wheeler,   40095 Forest Drive,    Big Bear Lake CA 92315
36311963       +Stanley Tulchin Associates,    c/o Knutson Law PC,    PO Box 3658,    Dana Point CA 92629-8658
35739623       +State Farm,   9368 Valley Blvd Ste 101,    Rosemead CA 91770-1990
34939567        Tina Sutera,   County Counsel San Bernardino,    385 N. Arrowhead Ave, 4th Fl,
                 San Bernardino, CA  92415-0140
35739625       +Twin Bear Rentals,   P O Box 3094,    Big Bear Lake CA 92315-3094
35739628       +William D Long,   35871 Carter Drive,    Yucaipa CA 92399-9678
35739629        Yellow Book USA,   2560 Renaissance Blvd,    King of Prussia PA 19406-2673
35739630       +Ziprick & Cramer,   Case# CIVSS803651,    707 Brookside Avenue,    Redlands CA 92373-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: itcdbg@edd.ca.gov Jun 12 2019 03:25:43      Employment Development Dept.,
                 Bankruptcy Group MIC 92E,   P.O. Box 826880,    Sacramento, CA  94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 12 2019 03:26:14      Franchise Tax Board,
                 Bankruptcy Section MS: A-340,   P.O. Box 2952,    Sacramento, CA  95812-2952
35739545        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 12 2019 03:25:44      Asset Acceptance LLC,
                 P O Box 2036,   Warren MI 48090-2036
35739548       +E-mail/Text: ar@bengaltransport.com Jun 12 2019 03:25:40      Bengal Crane & Rigging,
                 37156 Highway 30,   Geismar LA 70734-3518
35739551        E-mail/Text: USCBNotices@cdtfa.ca.gov Jun 12 2019 03:26:17      Board of Equalization,
                 P O Box 942879,   Sacramento CA 94279-3535
35090845        E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 12 2019 03:26:14      FRANCHISE TAX BOARD,
                 BANKRUPTCY SECTION MS A340,   PO BOX 2952,    SACRAMENTO CA 95812-2952
35739583       +E-mail/Text: jenniferd@her-llc.com Jun 12 2019 03:25:50      Heavy Equipment Rentals,
                 13013 Temescal Canyon Road,   Corona CA 92883-8454
34939557        E-mail/Text: cio.bncmail@irs.gov Jun 12 2019 03:25:36      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA  19101-7346
35739619       +E-mail/Text: bankruptcies@jnrcollects.com Jun 12 2019 03:26:10      Southern California Edison,
                 % JNR Adjustment Company Inc,   P O Box 27070,    Minneapolis MN 55427-0070
37254573        E-mail/Text: USCBNotices@cdtfa.ca.gov Jun 12 2019 03:26:17      State Board of Equalization,
                 PO Box 942879,   Sacramento CA 94279-0055
35739626        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 12 2019 03:25:25
                 Verizon California Inc,   P O Box 920041,    Dallas TX 75392-0041
35739627        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 12 2019 03:25:25
                 Verizon California Inc,   P O Box 9688,    Mission Hills CA 91346-9688
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
35739563        CNS/Construction Notice Services
35739564        Coast Radiology Imaging Inc
35739591        Larry Hellmann
35739540*      +Alisa Acosta,   2197 Solitude Drive,    Reno NV 89511-9172
35739542*       Appellate Division of,   San Bernardino Co Superior Ct,    401 N Arrowhead Avenue,
                 San Bernardino CA 92415-0063
35739550*      +Big Bear Dredging Inc,   % Allison J Dixie,    P O Box 1905,   Big Bear Lake CA 92315-1905
35739553*       Bob Chaney,   P O Box 8739,    Big Bear Lake CA 92315
35739558*      +Calegari Law Corporation,   16870 W Bernardo Drive #400,    San Diego CA 92127-1678
35739559*      +Charles Rounds,    % Allison J Dixie,   P O Box 1905,    Big Bear Lake CA 92315-1905
```

```
District/off: 0973-6           User: smasonC               Page 3 of 4                   Date Rcvd: Jun 11, 2019
                               Form ID: van102             Total Noticed: 105
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
35739567*         County of San Bernardino,    County Counsel San Bernardino,    385 N Arrowhead Ave 4th Fl,
                   San Bernardino CA 92415-0140
35739569*        +David Long,    35871 Carter,    Yucaipa CA 92399-9678
35739571*        +Dennis Ray Washburn,    Gresham Savage Nolan & Tilden,     3750 University Avenue #250,
                   Riverside CA 92501-3335
35739572*        +Dennis Washburn,    % Law Ofc Patrick F O'Connor,     5464 Grossmont Center 3rd Fl,
                   La Mesa CA 91942-3035
35739578*         Flavio Camacho,    3978 Central Avenue,    Highland CA 92346
35739586*         Internal Revenue Service,    P O Box 7346,    Philadelphia PA 19101-7346
35739592*        +Marilyn Rounds,    % Allison J Dixie,    P O Box 1905,    Big Bear Lake CA 92315-1905
35739593*         Matthew J Marnell Esq,    Deputy County Counsel,    385 N Arrowhead Ave 4th Fl,
                   San Bernardino CA 92415-0140
35739599*        +People's United Bank,    17320 Red Hill Avenue #250,    Irvine CA 92614-5669
35739601*        +People's United Equipment Finance,    17320 Red Hill Avenue Ste 250,    Irvine CA 92614-5669
35739602*         Peter Brierty,    County Counsel San Bernardino,    385 N Arrowhead Ave 4th Fl,
                   San Bernardino CA 92415-0140
35739608*        +Ron Clark,    P O Box 551,    Big Bear Lake CA 92315-0551
35739577*       ++S B ASSET PARTNERS LP,    1225 EAST 16TH STREET SUITE 2,    UPLAND CA 91784-2402
                 (address filed with court:   Eric Beatty,    % SB Asset Partners LP,    1225 E 16th St Suite 2,
                   Upland CA 91784)
35739609*         S Mark Strain Esq,    Deputy County Counsel,    385 N Arrowhead Ave 4th Fl,
                   San Bernardino CA 92415-0140
35739611*         San Bernardino County,    Tax Collector,    172 W Third Street,    San Bernardino CA 92404
35739614*        +San Bernardino Superior Court,    Case# CIVSS803651,    303 W Third Street,
                   San Bernardino CA 92415-0058
35739624*         Tina Sutera,    County Counsel San Bernardino,    385 N Arrowhead Ave 4th Fl,
                   San Bernardino CA 92415-0140
35739543       ##+Aramark Uniform Services,    P O Box 33470,    Riverside CA 92519-0470
35739582       ##+Greg Whillock Grading,    1298 Distribution Way,    Vista CA 92081-8816
34939568       ##+Robert H Ziprick Esq,    Ziprick & Cramer,    707 Brookside Avenue,    Redlands, CA 92373-5101
35377496       ##+ZIPRICK & CRAMER LLP,    ROBERT H ZIPRICK ESQ,    707 BROOKSIDE AVE,    REDLANDS CA 92373-5101
35739631        ##Ziprick and Cramer LLP,    707 Brookside Avenue,    Redlands CA 92373-5101
                                                                                           TOTALS: 3, * 23, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              Arturo M Cisneros    on behalf of Attorney Arturo M Cisneros arturo@mclaw.org
              Arturo M Cisneros    on behalf of Trustee Todd A. Frealy (TR) arturo@mclaw.org
              Arturo M Cisneros    on behalf of Plaintiff Todd A. Frealy, Chapter 7 Trustee of the Estate of
               Joaquin Andres "Andy" Acosta arturo@mclaw.org
              Arturo M Cisneros    on behalf of Interested Party    Courtesy NEF arturo@mclaw.org
              Arturo M Cisneros    on behalf of Plaintiff Todd A. Frealy, Chapter 7 Trustee arturo@mclaw.org
              Barry L O'Connor    on behalf of Creditor    Robert L. Chaney and Brenda F. McClelland-Chaney
               udlawBK@aol.com
              Barry S Glaser    on behalf of Interested Party    Courtesy NEF bglaser@swesq.com, erhee@swesq.com

```
District/off: 0973-6                User: smasonC                Page 4 of 4                  Date Rcvd: Jun 11, 2019
                                    Form ID: van102              Total Noticed: 105
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Barry S Glaser    on behalf of Creditor    County of San Bernardino Ca bglaser@swesq.com, erhee@swesq.com
         Barry S Glaser    on behalf of Creditor    San Bernardino County Treasurer-Tax Collector bglaser@swesq.com, erhee@swesq.com
         Cathy Ta    on behalf of Creditor    City of Big Bear Lake, California cta@sulmeyerlaw.com, htanory@sulmeyerlaw.com
         Christopher Minier    on behalf of Defendant Jean Rene Basle becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Tom Hudson becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Matthew J Marnell becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Corwin Porter becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Chet Halman becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Janice Rutherford becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant James C Ramos becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Plaintiff    County of San Bernardino, California becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Ruth E Stringer becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Greg Rice becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Creditor    County of San Bernardino Ca becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant S Mark Strain becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Robert A Lovongood becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Interested Party    Courtesy NEF becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Greg Devereaux becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Josie Gonzolas becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant    The County of San Bernardino becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Attorney    Ringstad & Sanders LLP becky@ringstadlaw.com, arlene@ringstadlaw.com
         Christopher Minier    on behalf of Defendant Randy Rogers becky@ringstadlaw.com, arlene@ringstadlaw.com
         David A Akintimoye    on behalf of Defendant    Black Rock Capital, Inc., a Nevada Corporation daa225110@gmail.com
         David A Akintimoye    on behalf of Defendant Flavio Camacho, an individual daa225110@gmail.com
         Everett L Green    on behalf of U.S. Trustee    United States Trustee (RS) everett.l.green@usdoj.gov
         J. Alexandra Rhim    on behalf of Other Professional    Eric Beatty, Receiver of SB Asset Partners, LP arhim@hrhlaw.com
         Kiana Khajeh    on behalf of Trustee Todd A. Frealy (TR) kkhajeh@mclaw.org
         Laurel A Hoehn    on behalf of Defendant    The City of Big Bear Lake, A Charter City of the State of California laurelhoehn@cgclaw.com
         Rika Kido    on behalf of Interested Party    Courtesy NEF rkido@shbllp.com, avernon@shbllp.com
         Robert Grawl, Jr    on behalf of Creditor    People's United Equipment Finance Corp. bgrawl@financialfederal.com
         Toan B Chung    on behalf of Interested Party    Courtesy NEF tbchung@rpmlaw.com, toan.b.chung@gmail.com;bankpara@rpmlaw.com
         Todd A. Frealy (TR)    taftrustee@lnbyb.com, taf@trustesolutions.net
         United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
         William Malcolm    on behalf of Trustee Todd A. Frealy (TR) bill@mclaw.org
         William Malcolm    on behalf of Plaintiff Todd A. Frealy, Chapter 7 Trustee of the Estate of Joaquin Andres "Andy" Acosta bill@mclaw.org

                                                                  TOTAL: 42

FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF CHAPTER 7 CASE CLOSED
# WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Joaquin Andres Andy Acosta
**SSN:** xxx−xx−2432
**EIN:** N/A
aka Joaquin Andy Acosta, aka Andy Acosta, aw
A.J. Acosta Co., Inc.

P O Box 2889
Big Bear, CA 92315

**BANKRUPTCY NO.** 6:14−bk−12539−SY
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: June 11, 2019

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN−102 clsnodsc) rev. 12/2015

**666 / SRG**